Matter of Maiwurm (2023 NY Slip Op 04473)

Matter of Maiwurm

2023 NY Slip Op 04473

Decided on August 31, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 31, 2023

PM-195-23
[*1]In the Matter of James John Maiwurm, an Attorney. (Attorney Registration No. 2133676.)

Calendar Date:August 28, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ.

James John Maiwurm, McLean, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
James John Maiwurm was admitted to practice by this Court in 1987 and lists a business address in Washington, D.C. with the Office of Court Administration. Maiwurm now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Maiwurm's application.
Upon reading Maiwurm's affidavit sworn to June 27, 2023 and filed July 3, 2023, and upon reading the August 21, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Maiwurm is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that James John Maiwurm's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that James John Maiwurm's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that James John Maiwurm is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Maiwurm is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that James John Maiwurm shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.